# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY E. VASQUEZ, | Case No. CV 16-6333-JLS (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 10, 2017

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE